## Nat D. Goldberg, Appellant, v. Leon Hamburger, May Hamburger and The Hamburger Company, Appellees.

### Gen. No. 45,112.

John G. Phillips, for appellant; Harry G. Fins, of counsel; Heth, Lister & Flynn, for appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.

## Emil Tabbert and Ferdinand Tabbert, Appellants, v. Robert W. Guerine, Executor of Estate of Matilda Tabbert, and Florence Haeske, Appellees.

### Gen. No. 45,174.